LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
FEB 4 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

TERESA COX,

   Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner Of Social Security,

   Defendant.

No. EDCV 14 - 00372 E

[~~PROPOSED~~] ORDER AWARDING EAJA FEES

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND SEVENTY ONE DOLLARS AND 09/100 ($2,071.09) subject to the terms of the stipulation.

DATE: 2/4/15

HON. CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE